**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **Kandale L. Harrison,** | **Case No. 4:26-cv-00206** |
| **Plaintiff,** | |
| **-vs-** | **JUDGE PAMELA A. BARKER** |
| **Warden Douglas Fender et al.,** | **MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG** |
| **Defendants.** | **MEMORANDUM OPINION & ORDER** |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Jennifer Dowdell Armstrong (Doc. No. 30), which recommends that this Court dismiss Plaintiff Kandale L. Harrison's ("Plaintiff") claims against Defendant Douglas Fender ("Mr. Fender") without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. No objections have been filed. For the reasons that follow, the Report and Recommendation is ACCEPTED.

## I. <u>STANDARD OF REVIEW</u>

When objections are made to a Magistrate Judge's Report and Recommendation, the district court reviews the case *de novo*. Federal Rule of Civil Procedure 72(b)(3) provides in pertinent part:

> The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

As stated in the Advisory Committee Notes, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." In *Thomas v. Arn*, 474 U.S. 140, 150 (1985), the Court held, "[i]t does not appear

that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."

## II. DECISION

This Court, having reviewed the Report and Recommendation and finding no clear error, accepts the Magistrate Judge's Report and Recommendation. (Doc. No. 30.) Thus, this Court dismisses Plaintiff's claims against Mr. Fender without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

*s/Pamela A. Barker*
PAMELA A. BARKER
U.S. DISTRICT JUDGE

Date: October 8, 2026